UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

ALAN EDWARD KENNEDY,                    No. CIV S-07-0069 FCD/GGH

    Debtor(s),

MELANIE CASEY,

    Plaintiff(s),
  v.

ALAN EDWARD KENNEDY,

    Defendant(s).
_____/

In re:

ALAN EDWARD KENNEDY,                    No. CIV S-07-0524 WBS/GGH

    Debtor(s),

MELANIE CASEY,

    Plaintiff(s),
  v.

ALAN EDWARD KENNEDY                     **RELATED CASE ORDER**

    Defendant(s).
_____/

///

1 Examination of the above-entitled actions reveals that they are related within the meaning of
2 Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and
3 are based on the same or similar claims, the same property transaction or event, similar questions
4 of fact and the same questions of law, and would therefore entail a substantial duplication of
5 labor if heard by different judges. Accordingly, the assignment of the matters to the same judge
6 is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the
7 parties.

8 The parties should be aware that relating the cases under Local Rule 83-123 merely has
9 the result that these actions are assigned to the same judge; no consolidation of the actions is
10 effected. Under the regular practice of this court, related cases are generally assigned to the
11 judge and magistrate judge to whom the first filed action was assigned.

12 IT IS THEREFORE ORDERED that the actions denominated, CIV S-07-0524 WBS
13 GGH reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates
14 currently set in this reassigned case only are hereby VACATED. No reassignment of the
15 magistrate is necessary. Henceforth, the caption on documents filed in the reassigned case shall
16 be shown as: CIV S-07-0524 FCD GGH.

17 IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
18 assignment of civil/criminal cases to compensate for this reassignment.

19 IT IS SO ORDERED.

20 DATED: April 9, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE