UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re

ALAN EDWARD KENNEDY,

      Debtor,

NO. CIV. S-07-0069 FCD GGH

Adversary proceeding No. 07-2046-C

MELANIE CASEY,

      Plaintiff,

  v.

ALAN EDWARD KENNEDY,

      Defendant.
_____

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.  The hearing on Plaintiff's Motion to Withdraw Reference of Jurisdiction to Bankruptcy Court is continued to October 12, 2007 at 10:00 a.m.  Defendant shall file and serve his opposition brief or notice of non-opposition no later than September 28, 2007.  The Plaintiff may file and serve a reply on or before October 5, 2007.

      2.   Defendant's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to plaintiff's motion in compliance with Local Rule 78-230(c).

      3.   Defendant's counsel shall file his response to the order to show cause on or before September 28, 2007.

      4.   A hearing on the order to show cause will follow the hearing on the Motion to Withdraw.

      IT IS SO ORDERED.

DATED: September 17, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE