UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re

ALAN EDWARD KENNEDY

     Debtor.

_____/

NO. CIV. S 07-0069 FCD GGH

MEMORANDUM AND ORDER

MELANIE CASEY,

     Plaintiff,

  v.

ALAN EDWARD KENNEDY,

     Defendant.

_____/

----oo0oo----

This matter comes before the court on defendant Alan Edward Kennedy's ("Kennedy") motion to dismiss plaintiff Melanie Casey's ("Casey") tenth claim for relief alleged in her Consolidated Complaint for Damages and to Determine Dischargeability of Debt (the "complaint") pursuant to Rule 12(b)(6) of the Federal Rules

of Civil Procedure.  Plaintiff does not oppose the motion. (Pl.'s Stmt. of Non-Opp'n to Def.'s Mot. to Dismiss 10th Cause of Action [Docket # 45], filed Feb. 22, 2008).  Therefore, defendant's motion to dismiss plaintiff's tenth claim to determine the dischargeability of debt based upon defendant's alleged defalcation while acting in a fiduciary capacity is GRANTED.

   IT IS SO ORDERED.

DATED: March 4, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE