MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
MARGARET CAREW TOLEDO (SBN 181227)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:    916-553-4000
Facsimile:     916-553-4011
email: kcm@mgslaw.com
email: toledo@mgslaw.com

LAW OFFICES OF JULIA P. GIBBS
JULIA P. GIBBS (SBN 102072)
1329 Howe Avenue, Suite 205
Sacramento, CA 95825-3363
Telephone:    916-646-2800
Facsimile:     916-929-1158
email: judy@gibbslegal.com

Attorneys for Plaintiff Melanie Casey

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ALAN EDWARD KENNEDY,<br><br>        Debtor,<br>_____ / <br><br>MELANIE CASEY,<br><br>        Plaintiff<br><br>v.<br><br>ALAN EDWARD KENNEDY,<br><br>        Defendant               / | District Court No.<br>2:07-CV-0069-FCD-GGH<br><br><br><br>BK Case No. 05-33187-C7<br><br>Adversary Proceeding No.<br>07-2046-C<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR MODIFICATION OF THE SCHEDULING ORDER |

---

1  The Court, having considered Plaintiff Melanie Casey's ex parte application for an
2  order shortening time to hear a motion for modification of the Scheduling Order, and good cause
3  appearing therefore, hereby GRANTS Plaintiff's Ex Parte Application for An Order Shortening
4  Time To Hear Motion for Modification of the Scheduling Order.  Accordingly, the following
5  deadlines shall apply:
6  1. June 26, 2008 - Last day for plaintiff to file moving papers for Motion to
7  Modify Scheduling Order;
8  2. July 3, 2008 - Last day for defendant to file opposition to Motion;
9  3. July 11, 2008 at 10:00 a.m. - Hearing on motion to modify Scheduling
10 Order.
11 IT IS SO ORDERED.
12 DATED:   June 25, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

_____
Case No. 2:07-CV-0069-FCD-GGH                                    Order Granting Ex Parte App. for OST re Mtn. For
                                                                                            Modification of Scheduling Order
2