MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
MARGARET CAREW TOLEDO (SBN 181227)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:    916-553-4000
Facsimile:    916-553-4011
email: kcm@mgslaw.com
email: toledo@mgslaw.com

LAW OFFICES OF JULIA P. GIBBS
JULIA P. GIBBS (SBN 102072)
1329 Howe Avenue, Suite 205
Sacramento, CA 95825-3363
Telephone:    916-646-2800
Facsimile:    916-929-1158
email: judy@gibbslegal.com

Attorneys for Plaintiff Melanie Casey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) District Court No. |
| | ) 2:07-CV-0069-FCD-GGH |
| ALAN EDWARD KENNEDY, | ) |
| Debtor. | ) |
| _____ | ) BK Case No. 05-33187-C7 |
| | ) |
| MELANIE CASEY, | ) Adversary Proceeding No. |
| | ) 07-2046-C |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER REGARDING |
| v. | ) MODIFICATION OF SCHEDULING ORDER |
| | ) |
| ALAN EDWARD KENNEDY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

    Plaintiff Melanie Casey ("Casey") and Defendant Alan Edward Kennedy ("Kennedy"), by and through their counsel of record, do hereby agree and stipulate as follows:

Case No. 2:07-CV-0069-FCD-GGH

Stipulation and Order Regarding Modification of Scheduling Order

1

1. Upon approval of this Court, the Scheduling Order in this case shall be modified as follows:

    (a) All discovery shall be completed by September 12, 2008 (previous deadline was July 11, 2008);

    (b) Initial expert disclosures by August 25, 2008 (previous deadline was July 25, 2008);

    (c) Supplemental expert disclosures by September 12, 2008 (previous deadline was August 14, 2008);

    (d) All expert discovery shall be completed by October 10, 2008 (previous deadline was September 11, 2008);

    (e) All dispositive motions shall be heard no later than December 19, 2008 (previous deadline was November 14, 2008); and

    (f) The trial date of March 24, 2009 will not be modified.

2. There is good cause to modify the Scheduling Order. On June 19, 2008, plaintiff Casey retained new trial counsel, Ken Mennemeier and Margaret Carew Toledo of Mennemeier, Glassman & Stroud LLP. Plaintiff Casey's new trial counsel need additional time to review the file and complete the discovery in this case.

3. On or before August 11, 2008, defendant Kennedy shall provide responses to Plaintiff Melanie Casey's Interrogatories to Defendant Alan Edward Casey, Set One ("Interrogatories") previously served in this matter.

4. Defendant Kennedy will appear for one day of deposition. The date of this deposition will be mutually agreed upon by the parties. The deposition will take place at the federal courthouse.

5. Plaintiff Casey will appear for one day of deposition. The date of this deposition will be mutually agreed upon by the parties. The deposition will take place at the federal courthouse.

1   6. This stipulation fully resolves the issues raised by Plaintiff's Motion For Modification of the Scheduling Order, previously filed on June 25, 2008. Upon approval of this stipulation by the Court, plaintiff Casey will request that the Court to take her motion off calendar.

7. This stipulation also fully resolves the issues raised by plaintiff Casey's pending discovery motions. Upon approval of this stipulation by the Court, plaintiff Casey will inform the Honorable Gregory G. Hollows that the pending discovery issues are fully resolved and that the parties will not be filing Joint Statements for each of those discovery motions.

Dated: July 1, 2008                     PORTER SCOTT PC


By:      / s /     Russ J. Wunderli
         Russ J. Wunderli
         Attorneys for Defendant Alan Edward Kennedy

Dated: July 1, 2008                     MENNEMEIER, GLASSMAN & STROUD LLP


By:      / s /     Margaret Carew Toledo
         Margaret Carew Toledo
         Attorneys for Plaintiff Melanie Casey

IT IS SO ORDERED.


DATED: July 2, 2008
                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE