IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ALAN EDWARD KENNEDY,<br><br>        Debtor,<br>_____<br><br>MELANIE CASEY,<br><br>        Plaintiff,<br><br>   vs.<br><br>ALAN EDWARD KENNEDY,<br><br>        Defendant. | Civ. 07-0069 FCD GGH<br><br>SUMMARY ORDER |

After further reflection and research, the court maintains its tentative position for the discovery dispute heard this day. Defendant's motion to compel answers concerning plaintiff's prior sexual history is denied. A explanatory order will issue in time.

1

1  Both defendant's and plaintiff's memorandums attached to
2  this order are ordered sealed.  The hearing transcript is ordered
3  sealed.
4  The undersigned notes his appreciation for the good faith,
5  vigorous advocacy by both counsel on the issues.
6  IT IS SO ORDERED.
7  Dated: <u>September 11, 2008</u>

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
United States Magistrate Judge