MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
MARGARET CAREW TOLEDO (SBN 181227)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:    916-553-4000
Facsimile:    916-553-4011
email: kcm@mgslaw.com
email: toledo@mgslaw.com

LAW OFFICES OF JULIA P. GIBBS
JULIA P. GIBBS (SBN 102072)
1329 Howe Avenue, Suite 205
Sacramento, CA 95825-3363
Telephone:    916-646-2800
Facsimile:    916-929-1158
email: judy@gibbslegal.com

Attorneys for Plaintiff Melanie Casey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ALAN EDWARD KENNEDY,<br><br>    Debtor.<br>_____<br><br>MELANIE CASEY,<br><br>    Plaintiff,<br><br>v.<br><br>ALAN EDWARD KENNEDY,<br><br>    Defendant.<br>_____ | District Court No.<br>2:07-CV-0069-FCD-GGH<br><br><br><br>BK Case No. 05-33187-C7<br><br>Adversary Proceeding No.<br>07-2046-C<br><br>STIPULATION AND ORDER REGARDING RE-OPENING DISCOVERY FOR THE DEPOSITION OF MEGAN O'HARA |

    Plaintiff Melanie Casey ("Casey") and Defendant Alan Edward Kennedy ("Kennedy"), by and through their counsel of record, do hereby agree and stipulate as follows:

1. Upon approval of this Court, the Scheduling Order in this case shall be modified to allow for the single deposition of Megan O'Hara on March 31, 2009 at 10:00 a.m.

2. There is good cause to modify the Scheduling Order to allow for this one additional deposition after the close of discovery.

    a. Pursuant to this Court's scheduling order, as modified, the discovery cut-off in this case was September 12, 2008.

    b. On February 4, 2009, Kennedy's counsel produced four pages of documents that purport to be emails between Kennedy and Casey. Kennedy's counsel contends that these emails were originally printed in 2002 and were relocated shortly before production on February 4th. Megan O'Hara provided these documents to Kennedy's counsel. Kennedy's counsel further represents that Kennedy intends to introduce these emails at trial. Kennedy's counsel contends that these emails are potentially relevant to Casey's veracity and her claim of damages.

    c. Prior to production, Casey's counsel was unaware of the existence of these documents. Casey's counsel seeks to depose Ms. O'Hara to discover issues related to the late-produced documents.

Dated: March 17, 2009         PORTER SCOTT PC

By:   /s/  Jennifer E. Duggan
      Jennifer E. Duggan
      Attorneys for Defendant Alan Edward Kennedy

Dated: March 17, 2009         MENNEMEIER, GLASSMAN & STROUD LLP

By:   / s /  Margaret Carew Toledo
      Margaret Carew Toledo
      Attorneys for Plaintiff Melanie Casey

**IT IS SO ORDERED.**

DATED: March 17, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE