MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
MARGARET CAREW TOLEDO (SBN 181227)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:    916-553-4000
Facsimile:    916-553-4011
email: kcm@mgslaw.com
email: toledo@mgslaw.com

LAW OFFICES OF JULIA P. GIBBS
JULIA P. GIBBS (SBN 102072)
1329 Howe Avenue, Suite 205
Sacramento, CA 95825-3363
Telephone:    916-646-2800
Facsimile:    916-929-1158
email: judy@gibbslegal.com

Attorneys for Plaintiff Melanie Casey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ALAN EDWARD KENNEDY,<br><br>    Debtor.<br>_____<br><br>MELANIE CASEY,<br><br>    Plaintiff,<br><br>v.<br><br>ALAN EDWARD KENNEDY,<br><br>    Defendant.<br>_____ | District Court No.<br>2:07-CV-00069-FCD-GGH<br><br><br><br>BK Case No. 05-33187-C7<br><br>Adversary Proceeding No.<br>07-2046-C<br><br>STIPULATION REGARDING<br>MODIFICATION OF AMENDED PRETRIAL<br>CONFERENCE ORDER; ORDER |

Plaintiff Melanie Casey ("Casey") and Defendant Alan Edward Kennedy ("Kennedy"), by and through their counsel of record, do hereby agree and stipulate as follows:

1

1.   Upon approval of this Court, certain deadlines in the June 12, 2009 Amended Pretrial Conference Order shall be modified as follows in order to accommodate the new trial date of September 9, 2009:

    (a) Section V: In limine motions shall be filed on or before August 28, 2009. Opposition, if any, shall be filed on or before September 1, 2009. Reply, if any, shall be filed on or before September 3, 2009.

    (b) Section VIII: Trial briefs shall be filed on or before September 1, 2009.

    (c) Section X: The joint statement of the case shall be filed on or before September 1, 2009.

    (d) Section XII.C: As to each exhibit, each party is ordered to exchange copies of the exhibit no later than August 28, 2009.  Each party has until September 3, 2009 to object to the exhibits.

    (e) Section XV.A: Joint jury instructions shall be submitted electronically on August 31, 2009.  The contested instruction(s) and memorandum shall be filed with the joint set of instructions.  The party opposed to the contested instruction(s) shall submit a brief memorandum succinctly stating the legal basis of the objections(s) on September 3, 2009.

    (f) Section XV.B: The parties shall electronically submit a joint verdict form(s) concurrently with proposed jury instructions on August 31, 2009.  Where disagreement exists, the parties shall explain the disagreement and file points and authorities supporting their respective positions on September 3, 2009.

    (g) Section XVIII, XXII: Pursuant to Federal Rule of Evidence 412(c)(1)(A), on or before August 28, 2009, defendant must file a written motion specifically describing the evidence of plaintiff's sexual history and the purpose for which it is offered.  Plaintiff's opposition must be filed on or before September 1, 2009. Defendant's reply, if any, shall be filed on or before September 3, 2009.

    (h) all other deadlines in the Amended Pretrial Conference Order remain unchanged.

2.  There is good cause to modify the Amended Pretrial Conference Order. On August 21, 2009, the trial in this case was advanced from February 9, 2010 to September 9, 2009 at the parties' request. At the time the September 9, 2009, trial date was set, certain of the deadlines in the Amended Pretrial Conference Order had already passed (i.e. there was less than 21 days before trial).

Dated: August 26, 2009         PORTER SCOTT PC

By: _____/s/    Jennifer E. Duggan_____
    Jennifer E. Duggan
    Attorneys for Defendant Alan Edward Kennedy

Dated: August 26, 2009         MENNEMEIER, GLASSMAN & STROUD LLP

By: _____/ s /    Margaret Carew Toledo_____
    Margaret Carew Toledo
    Attorneys for Plaintiff Melanie Casey

IT IS SO ORDERED.

DATED:    August 26, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE